01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,          )   CASE NO. MJ 07-556
                                       )
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )   DETENTION ORDER
11 ALEXANDER CALVIN REEDUS,            )
                                       )
12          Defendant.                 )
   _____ )

13

14 Offense charged:

15      Felon in Possession of Firearm

16 Date of Detention Hearing:    Initial Appearance: December 27, 2007

17      The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of any other person and the community.

21      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      (1)     Defendant has an extensive criminal record, including convictions for rape, minor

DETENTION ORDER                                               15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 1

01 in possession and obstructing law enforcement, failure to register as a sex/kidnaping offender, theft

02 second degree, theft third degree, and forgery.

03     (2)    His record reflects nine failures to appear, and other failures to comply with court

04 orders.

05     (3)    The complaint presents evidence that defendant had possessed a stolen firearm, and

06 had sold it to a confidential source.

07     (4)    Based upon defendant's statements to the pretrial services officer, he has recently

08 used illegal substances.

09     (5)    Although he has been living with his girlfriend in her apartment, his girlfriend now

10 says he can no longer live there.

11 It is therefore ORDERED:

12     (1)    Defendant shall be detained pending trial and committed to the custody of the

13     Attorney General for confinement in a corrections facility separate, to the extent

14     practicable, from persons awaiting or serving sentences or being held in custody

15     pending appeal;

16     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

17     counsel;

18     (3)    On order of a court of the United States or on request of an attorney for the

19     Government, the person in charge of the corrections facility in which defendant is

20     confined shall deliver the defendant to a United States Marshal for the purpose of

21     an appearance in connection with a court proceeding; and

22     (4)    The clerk shall direct copies of this order to counsel for the United States, to

DETENTION ORDER                                15.13
18 U.S.C. § 3142(i)                                 Rev. 1/91
PAGE 2

01      counsel for the defendant, to the United States Marshal, and to the United States

02      Pretrial Services Officer.

03          DATED this 27th day of December, 2007.

04

05                                          John L. Weinberg

06                                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 3