Chief Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR08-0010RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER COMPELLING DEFENDANT |
| ) | TO PROVIDE DNA (SALIVA) SAMPLES |
| ALEXANDER CALVIN REEDUS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER having come before the Court upon a motion by the United States to compel the defendant, Alexander Calvin Reedus, to provide DNA (saliva) samples for forensic comparison, and the government's motion being supported by an affidavit from ATF Special Agent William Perkins with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the Court hereby finds that the United States has established probable cause to warrant the taking of DNA (saliva) samples from the defendant in order to compare the defendant's DNA to the DNA recovered from the stolen firearm, which is the subject of this prosecution. Based on this finding,

IT IS HEREBY ORDERED that defendant, Alexander Calvin Reedus, shall supply

//
//
//
//

ORDER COMPELLING DEFENDANT TO
PROVIDE DNA (SALIVA) SAMPLES [PROPOSED]
United States v. Alexander Calvin Reedus, CR08-0010RSL — 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1 | DNA (saliva) samples to qualified personnel in the presence of Special Agents of the ATF.

2 | DATED this 4th day of February, 2008.

*signature: Robt S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Special Assistant United States Attorney

ORDER COMPELLING DEFENDANT TO
PROVIDE DNA (SALIVA) SAMPLES [PROPOSED]
United States v. Alexander Calvin Reedus, CR08-0010RSL — 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970