UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>   Plaintiff,   )<br>  )<br>   v.   )<br>  )<br>ALEXANDER CALVIN REEDUS,   )<br>  )<br>   Defendant.   )<br>_____ ) | CASE NO.  CR08-010-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on September 24, 2010. The United States was represented by AUSA Andrew Colasurdo and the defendant by Gilbert Levy. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 12, 2008, by the Honorable Robert S. Lasnik on a charge of Felon in Possession of a Firearm, and sentenced to 27 months custody, 3 years supervised release. (Dkt. 55.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, and complete Moral Reconation Therapy.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  On December 4, 2009, defendant's probation officer reported that defendant had tested positive for marijuana on January 11, 2010 and May 12, 2010. (Dkt. 56.) Defendant was reprimanded, the frequency of testing was increased, and he was referred for professional assessment, counseling and intensive outpatient treatment. No further action was taken at the time.

In an application dated August 9, 2010 (Dkt. 57-58), U.S. Probation Officer Joe G. Mendez alleged the following violations of the conditions of supervised release:

1. Committing the crimes of Promoting Prostitution, on or about August 4, 2010, and Assault, on or about April 2010, in violation of the mandatory condition that he not commit another federal, state or local crime.

2. Using Marijuana on or before January 11, 2010, and May 12, 2010, in violation of standard condition #7.

On September 24, 2010, the government moved to dismiss alleged violation 1, following the decision by local law enforcement to not pursue the charges.

Defendant was advised in full as to alleged violation 2 and as to his constitutional rights.

Defendant admitted alleged violation 2 and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violation 2, and that the Court conduct a hearing limited to the issue of disposition. I recommend that the Court dismiss alleged violation 1. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been released on the conditions

01  of supervision.

02  DATED this 24th day of September, 2010.

              _____
              Mary Alice Theiler
              United States Magistrate Judge

06  cc:   District Judge:         Honorable Robert S. Lasnik
          AUSA:                   Andrew Colasurdo
07        Defendant's attorney:   Gilbert Levy
          Probation officer:      Joe G. Mendez, Todd Sanders

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3